UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SHABANA HUSSAIN, individually and
on behalf of all others similarly situated,**

   Plaintiff,

v.                                          Case No: 5:20-cv-38-Oc-30PRL

**SULLIVAN BUICK-CADILLAC-GMC
TRUCK, INC., SYNERGY
MARKETING ADVISORS, INC. D/B/A
SYNERGY RESOURCE ADVISORS and
STRATICS NETWORKS, INC.,**

   Defendants.

## ORDER

Before the court is Defendant Synergy Marketing Advisors, Inc.'s expedited motion for the postponement of its deposition (Doc. 62), which Defendant Sullivan Buick-Cadillac-GMC Truck Inc. joined (Doc. 63). On November 3, 2020, the court held a hearing on the matter and at the hearing the parties notified the court that they had come to the agreement that is reflected here.

Accordingly, Synergy's motion for postponement of its deposition is GRANTED to the extent that the deposition of Synergy shall occur prior to November 25, 2020. Synergy shall provide any call disposition logs obtained from Stratics Networks, Inc. on or before November 18, 2020. Additionally, Plaintiff's motion to compel (Doc. 60) is GRANTED to the extent that Synergy shall respond to written discovery and produce documents on or before November 13, 2020.

**DONE** and **ORDERED** in Ocala, Florida on November 5, 2020.

- 2 -

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties